UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCHUETTE, <br> Petitioner, <br> v. <br> UNITED STATES COURT, <br> Respondent. | Case No. 23-cv-01835-JD <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 6 |

Petitioner, a federal detainee acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice. A certificate of appealability is denied. All pending motions are dismissed as moot. Petitioner may reopen this case by submitting the filing fee or a complete application to proceed IFP. Petitioner is also advised to discuss his issues with his counsel in his criminal case *U.S. v. Schuette*, Case No. 22-cr-0233 BLF.

**IT IS SO ORDERED.**

Dated: June 14, 2023

_____
JAMES DONATO
United States District Judge