UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCHUETTE,<br>　　　　Petitioner,<br>　　v.<br>UNITED STATES COURT,<br>　　　　Respondent. | Case No. 23-cv-01835-JD<br><br>**ORDER REOPENING CASE**<br>Re: Dkt. No. 12 |

Petitioner, a detainee acting pro se, filed a habeas petition. The case was dismissed without prejudice when petitioner failed to pay the filing fee or submit a complete application for leave to proceed in forma pauperis ("IFP"). Petitioner has filed an application to proceed IFP and seeks to reopen the case.

The motion to proceed IFP (Dkt. No. 12) is granted. The Clerk is requested to reopen this case and the Court will screen the petition when warranted.

**IT IS SO ORDERED.**

Dated: November 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge