UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCHUETTE,<br>Petitioner,<br>v.<br>UNITED STATES COURT,<br>Respondent. | Case No. 23-cv-01835-JD<br><br>**ORDER RE DISMISSAL**<br>Re: Dkt. No. 12 |

Petitioner, a federal prisoner, filed a pro se habeas petition pursuant to 28 U.S.C. § 2241. Schuette was found guilty after trial on January 25, 2023, before Judge Freeman in this district. *See United States v. Schuette*, Case No. 22-cr-0233 BLF, Dkt. No. 124. Schuette asks the Court to intervene in his criminal case or reverse the conviction.

The request is denied. The Court cannot inject itself into proceedings before another judge in this District. *See Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980). The Court is also not a venue for an appeal from a sister district court. *See Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1392-93 (9th Cir. 1987); *In re McBryde*, 117 F.3d 208, 225 n.11 (5th Cir. 1997).

The motion to proceed in forma pauperis (Dkt. No. 12) is denied because this case is frivolous and without a basis in law or fact. A certificate of appealability is denied. The case is ordered closed, and no further filings will be accepted.

**IT IS SO ORDERED.**

Dated: December 4, 2023

JAMES DONATO
United States District Judge